IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ISMAEL HIGAREDA and
VICTORIA PRECIADO,

      Plaintiffs,                    No. CIV S-11-1473 KJM DAD PS

    v.

OPTION ONE MORTGAGE
CORPORATION, et al.,

      Defendants.                ORDER
_____/

        Plaintiffs are proceeding pro se with the above-entitled action. The matter was referred to a United States Magistrate Judge under Local Rule 302.

        On September 13, 2011, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The fourteen-day period has expired, and no party has filed objections to the findings and recommendations.

        The court presumes that any findings of fact are correct. *See Orand v. United States,* 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir.

1  1983).  Having carefully reviewed the file, the court finds the findings and recommendations to
2  be supported by the record and by the proper analysis.
3             Accordingly, IT IS HEREBY ORDERED that:
4             1.  The findings and recommendations filed September 13, 2011 (ECF No. 20) are
5  adopted in full;
6             2.  This action is summarily remanded to the Superior Court of California, County
7  of Sacramento for lack of federal question jurisdiction over plaintiffs' claims;
8             3.  Defendants' motions to dismiss (ECF Nos. 11 and 14) are denied as moot; and
9             4.  The Clerk is directed to close this case.
10  DATED:  December 19, 2011.

                                   _____
                                   UNITED STATES DISTRICT JUDGE

12  /higareda-preciado1473.jo